# JS6

United States District Court

Central District of California

| | |
|---|---|
| Edwin Figueroa,<br><br>    Plaintiff,<br><br>    v.<br><br>Big Lots Stores, Inc. dba Big Lots #1941; *et al.*,<br><br>    Defendants. | Case No. 8:13-cv-01548-CJC-JPR<br><br>**Order Granting Joint Stipulation for Dismissal** |

Upon consideration of the Joint Stipulation for Dismissal by plaintiff Edwin Figueroa and defendants Big Lots Stores, Inc., FV Newhope Retail, LLC, and TIS Equities I, LLC, and with proper terms stated therein:

IT IS HEREBY ORDERED, that the above-entitled action is dismissed, without prejudice, in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).

Dated:  February 26, 2014

Honorable Cormac J. Carney
United States District Judge